UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **JOSEPH ARUANNO,**<br><br>　　　　Plaintiff,<br><br>　v.<br><br>**STATE OF N.J.,**<br><br>　　　　Defendant. | 06-CV-296 (WJM)<br><br><br>**ORDER** |

　　Plaintiff having filed a complaint against Defendant alleging only a claim under 42 U.S.C. § 1983; 42 U.S.C. § 1983 not providing a cause of action against a state, such as Defendant; Plaintiff's claim being barred by the Eleventh Amendment; the Court thus lacking jurisdiction to adjudicate Plaintiff's complaint; Defendant now filing a motion to dismiss Plaintiff's complaint; and good cause appearing;

　　**IT IS** on this 29th day of July 2008, hereby

　　**ORDERED** that Defendant's motion is **GRANTED**; and it is further

　　**ORDERED** that Plaintiff's complaint is **DISMISSED WITHOUT PREJUDICE**.

　　　　　　　　　　　　　　　　　　　　s/ William J. Martini
　　　　　　　　　　　　　　　　　　　　**WILLIAM J. MARTINI, U.S.D.J.**